AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
### District of SOUTH CAROLINA

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 4:15-658 |
| STANLEY J. KOWALEWSKI | ) | | |
| Defendant | ) | | |

## ORDER SCHEDULING A BOND REVOCATION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | 401 West Evans St. Florence, SC 29501 | Courtroom No.: | 3 before Magistrate Judge West |
|---|---|---|---|
| | | Date and Time: | 10/1/2015 at 2:30pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Sept 28, 2015

*Judge's signature*

PAIGE J. GOSSETT, U.S. MAGISTRATE JUDGE

*Printed name and title*