AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    South Carolina

USA

V.

Stanley J. Kowalewski

Govt.

## EXHIBIT AND WITNESS LIST

Case Number: 4:15·CR·658· KDW - 1

| | PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| | Kaymani D. West, USMJ | | Stephen McClain | | Gregory Harris |
| | TRIAL DATE (S) 10·01·2015/10·02·2015 Bond Revocation Hearing | | COURT REPORTER Raymond Simmons | | COURTROOM DEPUTY Shari L. Stefano |

| Govt PLF NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10·01·15 | ✓ | ✓ | Limited Liability Company Agreement of Global Remediation Solutions, LLC |
| 2 | | 10·01·15 | ✓ | ✓ | Bank of America / Bank Account Records· Global Remediation Solutions LLC· |
| 3 | | 10·01·15 | ✓ | ✓ | Mollis Group, LLC - Registered Agent Information |
| 4 | | 10·01·15 | ✓ | ✓ | Real Property Information 193 Angel Oak Dr· Pawleys Island, SC |
| 5 | | 10·01·15 | ✓ | ✓ | Gmail - 07·30·2015 Global Remediation Solutions Update |
| 6 | | 10·01·15 | ✓ | ✓ | Email re: Global Remediation Solutions Dinner/Equity Dist. Info. |
| 10 | | 10·01·15 | ✓ | ✓ | Doc#21· Order CR· Indictment # 2:13·CR·045·RWS·JCF |
| 11 | | 10·01·15 | ✓ | ✓ | Doc#27· Order CR Action # 2:13·CR·00045·RWS |
| 8 | | 10·01·15 | ✓ | ✓ | Link for excerpt from "Meet the Team" |
| 7 | | 10·01·15 | ✓ | ✓ | 08·21·15 email from Stan Kowalewski to various investors Re: Global Remediation Solutions Update |
| | 1 | 10·01·15 | ✓ | ✓ | 10·01·15 Letter from Richard Harrington |
| | 2 | 10·01·15 | ✓ | ✓ | 10·01·15 Gmail from Joe Harrington to zliblackwelder@parhamlaw llc.com |
| | 3a | 10·01·15 | ✓ | ✓ | 09·26·15 Letter from Rockie Williams |
| | 3b | 10·01·15 | ✓ | ✓ | 10·01·15 Letter from Rockie G. Williams |
| | 4 | 10·01·15 | ✓ | ✓ | 09·26·15 Letter from Jack Green |
| | 15 | 10·01·15 | ✓ | ✓ | Promissory Note from Stanley J. Kowalewski 04·30·15 |
| | 16 | 10·01·15 | ✓ | ✓ | LLC Membership Certificate |
| | 18 | 10·01·15 | ✓ | ✓ | Email from Kirby Oblachinski to Stan Kowalewski - Re: Cease & Desist |
| | 6 | 10·01·15 | ✓ | ✓ | 09·28·15 Letter from Michael Fanning |
| | 5 | 10·01·15 | ✓ | ✓ | Letter from Mark A· Dancy |
| | 19 | 10·01·15 | ✓ | ✓ | Photos of S· Kowalewski coaching and with his family |
| | 7 | 10·01·15 | ✓ | ✓ | 10·01·15· Letter from Dany Sop Clip |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| Gov't PLR NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| USA | | | | vs. | Stanley J. Kowalewski    CASE NO. 4:15-CR-658-KDW-1 |
| | 8 | 10·01·15 | ✓ | ✓ | 10·01·15  Letter from Derek Brandon |
| | 10 | 10·01·15 | ✓ | ✓ | 09·27·15 Letter from Derek D. Brandon |
| | 11 | 10·01·15 | ✓ | ✓ | Letter from Jong Soo Cho |
| | 12 | 10·01·15 | ✓ | ✓ | 09·27·15  Letter from Bridget Fontenot |
| | 13 | 10·01·15 | ✓ | ✓ | 09·26·15  Letter from Dave W. Hopper |
| | 17 | 10·01·15 | ✓ | ✓ | 10·01·15  Letter from Dayne M. Sitnik |
| | 14 | 10·02·15 | ✓ | ✓ | Global 9224 - Account Activity Transaction Details Bank of America - wire transfer $40,000 - Post Date 02·17·15 |
| | 20 | 10·02·15 | ✓ | ✓ | Independent Sales Agreement between Global & W3 Marketing LLC 09·22·15 |
| | 21 | 10·02·15 | ✓ | ✓ | Contract Proposal to Santee Cooper fr. Global  09·02·15 |
| | 22 | 10·02·15 | ✓ | ✓ | Bioscience Laboratory Testing Study for Global  06·03·14 |
| | 23 | 10·02·15 | ✓ | ✓ | 12·01·14  Mandate Letter to Dr. Uzochukwu |
| | 24 | 10·02·15 | ✓ | ✓ | 10·14·13  Agreement between Global & Mohammad Bin Tasser Al Thani  Trading WLL |
| | 25 | 10·02·15 | ✓ | ✓ | Mutual Non·Disclosure Agreement between Global & GaX Group |
| | 26 | 10·02·15 | ✓ | ✓ | Nondisclosure Non·solicitation Agreement between Global & Resources  Reclaimed |
| | 27 | 10·02·15 | ✓ | ✓ | 03·16·15  Reseller Agreement between Global & Integrated Solutions LLC  Total Hazardous & |
| | 28 | 10·02·15 | ✓ | ✓ | 05·26·15  Exclusive Distributor Agreement between Global & GaX Group, LLC |
| | 29 | 10·02·15 | ✓ | ✓ | 07·24·15  Teaming Agreement between Global & GaX Group, LLC |
| | 30 | 10·02·15 | ✓ | ✓ | 06·11·15  Agreement for Services between GSA Engineering & Global  GSA Proposal # P7122·15 |
| | 31 | 10·02·15 | ✓ | ✓ | 12·01·14  Non·Disclosure, Non·Reverse Engineering & Non·Analysis Agreement |
| 18 | | 10·02·15 | ✓ | ✓ | 09·27·15  Letter from Bridget Fontenot - "To Whom It May Concern" |
| | 9 | 10·02·15 | ✓ | ✓ | 09·26·15  Letter from Michael Frasco - "To Whom It May Concern" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |